# United States District Court Violation Notice

**CVB Location Code:** MY10

**Violation Number:** 6491947
**Officer Name (Print):** ZACHARY KRIZEL
**Officer No.:** K0928

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 08/26/2016 10:19PM
**Offense Charged:** ☒ State Code — MTA 21-202 M
**Place of Offense:** ALABAMA AVE AND F. ST. JOINT BASE ANDREWS, MD 20762
**Offense Description / Factual Basis for Charge:** MTA 21-202 M – DRIVER FAIL TO MAKE REQUIRED STOP AT SIGN

### DEFENDANT INFORMATION

**Last Name:** WILLIAMS
**First Name:** TY
**M.I.:** R.

**Tag No.:** 7BX9732
**State:** MD
**Year:** 2014
**Make/Model:** CHEV/4S
**Color:** SLV

- A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$90.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $120.00 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 26 AUG 20 16 while exercising my duties as a law enforcement officer in the ~~JOINT BASE ANDREWS~~ District of PRINCE GEORGES COUNTY, MD, I S/A ZACHARY KRIZEL WITNESSED A SLV CHEVY FAIL TO STOP AT THE INTERSECTION OF ALABAMA AVE. AND F. ST. I STOPPED THE VEHICLE AND IDENTIFIED THE DRIVER AS TY R. WILLIAMS. I ISSUED MR. WILLIAMS ONE (1) UNITED STATES DISTRICT COURT VIOLATION FOR MTA 21-202 M – DRIVER FAIL TO MAKE REQUIRED STOP AT STOP SIGN. MR. WILLIAMS WAS COMPLIANT.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/26/2016   [Officer's Signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN SEP 28, 2016 08:41